```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA  :  Criminal No:
                              :
                              :  Violations:
            v.                :
                              :  18 U.S.C. § 1349
                              :  (Conspiracy to Commit Fraud by
LASHAWN LEWIS                 :  Wire)
                              :
         Defendants.          :  22 D.C. Code §§ 3241, 3242
                              :  (Uttering)
                              :
                              :  22 D.C. Code § 1805
                              :  (Aiding and Abetting)
                              :
                              :
                              :
```

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

At all times relevant to this Information:

1. James Roy was a former Maryland resident who, until his death on October 13, 2004, was the owner of real property located at xxxx Xxxxx Xxxxxx, X.X., in Xxxxxxxxxx, X.X., consisting of land and a row-house residential structure.

2. James Roy's granddaughter, "K.R.," was the appointed "personal representative" of his estate.

3. "K.R." and Roy's other surviving relatives were the heirs of his estate, which included the real property located at xxxx Xxxxx Xxxxxx, X.X., property and the proceeds of any sale of the property.

4.  Defendant Cynthia Russell was an employee in the office of the Clerk of the D.C. Superior Court.

5.  Defendant Lashawn Lewis was an employee of the Clerk of the D.C. Superior Court and a duly commissioned notary public of Prince Georges County, Maryland.

<u>The Conspiracy</u>

6.  From in or about August of 2005, and continuing thereafter up to and including November 2, 2005, within the District of Columbia and elsewhere, defendants **CYNTHIA RUSSELL** and **LASHAWN LEWIS**, together with others known and unknown to the United States did unlawfully and knowingly combine, conspire, confederate and agree to commit the offense of fraud by wire, that is, having devised and having intended to devise a scheme or artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire communication in interstate commerce, a writing, for the purpose of executing such scheme and artifice, in violation of Title 18 United States Code, §1343.

<u>Object of the Conspiracy</u>

7.  It was an object of the conspiracy that the defendants would obtain real property for no money and very little money, using false and forged documents and oral misrepresentations.

<u>Manner and Means</u>

As a part of this conspiracy:

8. Others known and unknown to the United States would and did forge the grantor signature on documents affecting the ownership of the real property.

9. The defendants and others known and unknown to the United States would and did falsely witness and falsely notarize and certify the grantor signature on a deed to real property.

10. Others known and unknown to the United States would and did file the forged deed with the District of Columbia Registrar of Deeds, to fraudulently transfer the ownership of property.

11. Others known and unknown to the United States would and did represent themselves to be the owners of the property, based on the filing of the false and forged deed.

12. Others known and unknown to the United States would and did attempt to sell the property.

13. Others known and unknown to the United States, having failed to sell the property as planned, would and did engage in negotiations with the heirs of James Roy and others, to purchase the property.

14. Others known and unknown to the United States, would and did make oral misrepresentations about the value and condition of the real property, in order to deceive the heirs of James Roy and to persuade them to accept a fraudulently reduced price.

15. Others known and unknown to the United States would and did alter and use documents which purported to be produced by the government of the District of Columbia, in order to misrepresent the appraised value of the real property.

16. Others known and unknown to the United States would and did transmit, and would cause to be transmitted, altered documents purporting to be produced by the government of the District of Columbia by telephone facsimile to the heirs of James Roy and did transmit and cause to be transmitted contract documents by telephone facsimile, to induce the heirs to sell the property for a fraudulently reduced price.

## Overt Acts

17. In furtherance of the conspiracy and to achieve the objects thereof, the defendants and others known and unknown to the Grand Jury, in various combinations, directly and indirectly, within the District of Columbia, the District of Maryland, and elsewhere, committed overt acts, including, but not limited to, the following:

A. In or about April of 2005, coconspirators met "K.R." at the property located at xxxx Xxxxx Xxxxxx, X.X., and discussed with her their interest in purchasing the property.

B. In or about August of 2005, a coconspirator contacted defendant **CYNTHIA RUSSELL** and asked if she knew of a notary public who would agree to notarize documents in connection with a real estate purchase, for a fee of $200.

C.  On or about August 28, 2005, a coconspirator forged the signature of "James Roy" on a deed that purported to transfer to her the ownership of xxxx Xxxxx Xxxxxx, X.X., Xxxxxxxxxx, X.X. (hereafter referred to as "the forged deed").

D.  On or about August 28, 2005, defendant **CYNTHIA RUSSELL** signed the forged deed on a line entitled "Witness," falsely attesting to the signature of James Roy.

E.  On or about August 28, 2005, defendant **LASHAWN LEWIS** falsely certified and notarized the signature of James Roy on the forged deed.

F.  On or about September 8, 2005, a coconspirator filed the forged deed with the District of Columbia Recorder of Deeds.

G.  From on or about October 19, 2005 through and including October 28, 2005, coconspirators negotiated with "K.R." and others for the purchase of xxxx Xxxxx Xxxxxx, X.X., submitting draft contracts for sale of the property for $130,000 cash and transmitting draft contracts by telephone facsimile.

H.  On or about October 21, 2005, a coconspirator transmitted and caused to be transmitted to "K.R." by telephone facsimile a proposed contract for the sale of the property for $130,000.

I.  On or about October 21, 2005 and again on or about October 28, 2005, coconspirators falsely represented that the building on the property was not habitable and was worthless.

J. On or about October 21, 2005 and again on or about October 28, 2005, coconspirators falsely represented that the property was contaminated and would require costly decontamination processes.

K. On or about October 21, 2005 and again on or about October 28, 2005, coconspirators presented to "K.R." documents that they knew to be altered, which purported to have been issued by the government of the District of Columbia and which falsely stated that the tax assessed value of the complete property (including the land and the building) was $114,430, when in truth and in fact, as the defendants then knew, the tax assessed value of the property was much more.

L. On or about October 24, 2005, a coconspirator transmitted and caused to be transmitted by telephone facsimile a letter that falsely represented that the purchasers had obtained a title report reflecting clear title to proceed with the sale, when in fact, the title search had revealed the fraudulent transfer from "James Roy" by the filing of the deed with the forged signature, the false attestation by defendant **CYNTHIA RUSSELL**, and the false notary certification by defendant **LASHAWN LEWIS**.

> (**Conspiracy to Commit Wire Fraud**, in violation of Title 18, United States Code, Section 1349.

**COUNT TWO**

1. The allegations set forth in paragraphs 1-5 and 8-17 of Count One are re-alleged and incorporated by reference.

2. On or about September 8, 2005, in the District of Columbia and elsewhere, defendants **CYNTHIA RUSSELL** and **LASHAWN LEWIS**, with intent to defraud and injure another, did cause another to utter a forged written instrument to the District of Columbia Registrar of Deeds, in that they caused her to transfer, deliver, transmit, present and use a deed to real property which did falsely state that the signature of the "Grantor" was genuine, witnessed and properly notarized, and in so doing did falsely evidence, create, transfer, terminate and otherwise affect a legal right and interest, specifically, the ownership of real property located at xxxx Xxxxx Xxxxxx, X.X., in Xxxxxxxxxx, X.X., and did aid and abet the same.

>(**Uttering a Forged Written Instrument**, in violation of Title 22, D.C. Code, Sections 3241, 3242; **Aiding and Abetting**, Title 22, D.C. Code, Section 1805).

>JEFFREY A. TAYLOR
>United States Attorney
>for the District of Columbia
>Bar No. 498-610

>By: _____
>BARBARA E. KITTAY
>D.C. Bar #414216
>AARON MENDELSOHN
>D.C. Bar #467570
>Assistant U.S. Attorneys
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-6940
>Barbara.Kittay@usdoj.gov
>Aaron.Mendelsohn@usdoj.gov